(C.D. 3320)

A. GIURLANI & BROS.
HOYT, SHEPSTON & SCIARONI ET AL. } *v.* UNITED STATES

United States Customs Court, Third Division

(Decided February 28, 1968)

*Glad & Tuttle* (*George R. Tuttle* of counsel) for the plaintiffs.
*Edwin L. Weisl, Jr.*, Assistant Attorney General (*Bernard J. Babb*, trial attorney), for the defendant.

Before RICHARDSON and LANDIS, Judges

RICHARDSON, Judge: Upon the calendar call counsel for the Government moved for a dismissal of the instant protests on the ground that increased duties had not been paid. Counsel for the importer having conceded that such duties had not been paid, the trial court ordered the protests dismissed.

The protests herein are, therefore, dismissed for nonpayment of increased duties, and judgment will be entered accordingly.